Mark E. Merin, Esq, SBN 043849
Cathleen A. Williams, Esq. SBN 68029
Joshua Kaizuka, Esq., SBN 212195
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al., | Case No.: 2:07-CV-01565 MCE GGH |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| v. | |
| CITY OF SACRAMENTO, et al., | **DATE:**  October 10, 2008<br>**TIME:**    2:00 p.m. |
| Defendants. | **JUDGE:**  Hon. Frank C. Damrell, Jr. |
| | **COMPLAINT FILED:**   Aug. 2, 2007<br>**TRIAL DATE:**             Jan. 11, 2010 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Settlement Conference, presently set for October 10, 2008, at 2:00 p.m., before the Honorable Frank C. Damrell, Jr., be continued to December 12, 2008, at 2:00 p.m., or to another date thereafter as the matter may be heard by the Court.

The reason for this request is the parties will be completing discovery on October 10, 2008, the same date as the Settlement Conference, and will not have had adequate time to review said discovery in order to participate in meaningful settlement discussions.

The December 12, 2008, was chosen because the parties are all available on that day and, pursuant to a telephone conference with Michele Kruger, Judge Damrell's Courtroom Deputy, that date should work for Judge Damrell's calendar.

\\\

\\\

1  The parties respectfully request the Court reset the Settlement Conference to December 12, 2008, at 2:00 p.m., or to another date thereafter as the matter may be heard by the Court. Each party shall submit to the chambers of Judge Frank C. Damrell, Jr., a confidential settlement conference statement not later than two (2) weeks prior to the conference.

DATED: September 17, 2008        Respectfully submitted,

                                 LAW OFFICE OF MARK E. MERIN


                                        /s/ - "Cathleen A. Williams"
                                 BY: _____
                                        Cathleen A. Williams
                                        Attorney for Plaintiff

DATED: September 17, 2008        EILEEN M. TEICHERT
                                 City Attorney


                                        /s/ - "Chance L. Trimm"
                                 BY: _____
                                        Chance L. Trimm
                                        Senior Deputy City Attorney
                                        Attorneys for Defendants
                                        CITY OF SACRAMENTO

DATED: September 17, 2008        PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                        /s/ - "Terence J. Cassidy"
                                 By _____
                                        Terence J. Cassidy
                                        Attorney for Defendants
                                        COUNTY OF SACRAMENTO, SHERIFF
                                        JOHN MCGINNESS, ANDERSON,
                                        MCELHENY and BENNETT

\\\
\\\
\\\
\\\
\\\

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that the Settlement Conference, presently scheduled for October 10, 2008, be continued to December 12, 2008, at 2:00 p.m. before Judge Frank C. Damrell, Jr. Each party is directed to submit to the chambers of Judge Frank C. Damrell, Jr., a confidential settlement conference statement not later than November 26, 2008.

DATED: September 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE