Mark E. Merin, Esq, SBN 043849
Cathleen A. Williams, Esq. SBN 68029
Joshua Kaizuka, Esq., SBN 212195
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.: 2:07-CV-01565 MCE GGH<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, CONTINUE DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES, AND CONTINUE HEARING FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**<br><br>**COMPLAINT FILED:** Aug. 2, 2007<br>**TRIAL DATE:** Jan. 11, 2010 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that Plaintiffs' Motion for Class Certification, presently set for December 5, 2008, at 9:00 a.m., before the Honorable Morrison C. England, Jr., be continued to April 3, 2009, at 9:00 a.m., or to such other date thereafter as the Court may direct.

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the last day for the parties to exchange expert witness disclosures be continued from December 10, 2008, to April 9, 2009.

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the last day for all dispositive motions to be heard (except for continuances, TROs, or other emergency applications) be continued from February 10, 2009, to June 10, 2009.

The reason for these requests is the parties have agreed to mediate this matter before Ann Taylor Schwing on December 12, 2008. The parties are hopeful that mediation will bring a resolution to this matter and would like to avoid the need for additional litigation pending that

1 opportunity.

2 Therefore, the parties respectfully request the Court continue plaintiffs' Motion for Class Certification to April 3, 2009, at 9:00 a.m., continue the last day for the parties to exchange witness disclosures to April 9, 2009, and to continue the last day for all dispositive motions to be heard to June 10, 2009, or to such other dates thereafter as the matters may be heard by the Court.

6 The parties propose that defendants' opposition (if any) to plaintiffs' Motion for Class Certification be e-filed and e-served by 5:00 p.m. on or before March 19, 2009. Plaintiffs' reply to defendants' opposition (if any) shall be e-filed and e-served by 5:00 p.m. on or before March 26, 2009.

DATED: November 26, 2008         Respectfully submitted,

                                              LAW OFFICE OF MARK E. MERIN

                                                      /s/ - Cathleen A. Williams
BY:_____
                                              Cathleen A. Williams
                                              Attorney for Plaintiff

DATED: November 26, 2008         EILEEN M. TEICHERT
                                              City Attorney

                                                      /s/ - Chance L. Trimm
BY:_____
                                              Chance L. Trimm
                                              Senior Deputy City Attorney
                                              Attorneys for Defendants
                                              CITY OF SACRAMENTO

DATED: November 26, 2008         PORTER SCOTT
                                              A PROFESSIONAL CORPORATION

                                                      /s/ - Terence J. Cassidy
By _____
                                              Terence J. Cassidy
                                              Attorney for Defendants
                                              COUNTY OF SACRAMENTO, SHERIFF
                                              JOHN MCGINNESS, ANDERSON,
                                              MCELHENY and BENNETT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for Class Certification, presently scheduled for December 5, 2008, be continued to April 3, 2009, at 9:00 a.m. before Judge Morrison C. England, Jr. Defendants' opposition (if any) to plaintiffs' Motion for Class Certification shall be e-filed and e-served by 5:00 p.m. on or before March 29, 2009. Plaintiffs' reply to defendants' opposition (if any) shall be e-filed and e-served by 5:00 p.m. on or before March 26, 2009.

2. The last day for the parties to exchange expert witness disclosures shall be continued to April 9, 2009.

3. The last day for all dispositive motions to be heard (except for continuances, TROs, or other emergency applications) shall be heard no later than June 10, 2009. The parties are directed to contact Stephanie Deutsch, Deputy Courtroom Clerk, at 916/930-4207 for available hearing dates.

DATED: December 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE