EILEEN M. TEICHERT, City Attorney (SBN 167027)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
POLICE CHIEF ALBERT NAJERA, MICHAEL COOPER
AND MARK ZOULAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>        Defendants. | Case No.:  2:07-CV-01565-MCE-GGH<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**COMPLAINT FILED:**   August 2, 2007<br>**TRIAL DATE:**            January 11, 2010 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that Plaintiffs' Motion for Class Certification, presently set for April 2, 2009, at 2:00 p.m., before the Honorable Morrison C. England, Jr. be continued to June 11, 2009, at 2:00 p.m., or to such other date thereafter as the Court may direct.

The reason for this request is the parties need additional time to discuss possible resolution of this case to avoid the need for additional litigation.

Therefore, the parties respectfully request the Court continue Plaintiffs' motion for Class Certification to June 11, 2009, at 2:00 p.m.

The parties propose that Defendants' opposition (if any) to Plaintiffs' Motion for Class

STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

1  Certification be e-filed and e-served by 5:00 p.m. on or before May 28, 2009.  Plaintiffs' reply

2  to Defendants' opposition (if any) shall be e-filed and e-served by 5:00 p.m. on or before

3  June 4, 2009.

4  DATED:  February 26, 2009.                    Respectfully submitted,
                                                 LAW OFFICES OF MARK E. MERIN
5

6

7                                                BY:___ /s/  Mark E. Merin_____
                                                     **Mark E. Merin**
8                                                    Attorney for Plaintiffs

9  DATED:  February _26, 2009                     EILEEN M. TEICHERT
                                                  City Attorney
10

11                                                BY: ____ /s/  Chance L. Trimm_____
12                                                    **Chance L. Trimm**
                                                      Senior Deputy City Attorney
13                                                    Attorneys for Defendants
                                                      CITY OF SACRAMENTO, POLICE CHIEF
14                                                    ALBERT NAJERA, MICHAEL COOPER,
                                                      And MARK ZOULAS
15

16  DATED:  February _25, 2009                    PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION
17

18                                                BY: ____ /s/ Terence J. Cassidy_____ _____
                                                    **Terence J. Cassidy**
19                                                  Attorney for Defendants
                                                    COUNTY OF SACRAMENTO, SHERIFF
20                                                  JOHN MCGINNESS, ANDERSON,
                                                    MCELHENY AND BENNETT

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1          **ORDER**

2          IT IS HEREBY ORDERED:

3          Plaintiffs' Motion for Class Certification, presently scheduled for April 2, 2009, be

4    continued to June 11, 2009, at 2:00 p.m., before Judge Morrison C. England, Jr.

5    Defendants' opposition (if any) to Plaintiffs' Motion for Class Certification shall be e-filed and

6    e-served by 5:00 p.m. on or before May 28, 2009.  Plaintiffs' reply to Defendants' opposition

7    (if any) shall be e-filed and e-served by 5:00 p.m. on or before June 4, 2009.

8    DATED: March 6, 2009

9

10                         MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com