**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Patricia L. Spiegel, SBN 256244
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, ANDERSON, MCELHENY and BENNETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al., | Case No. 07-1565 MCE GGH |
| Plaintiffs, | **STIPULATION AND REQUEST TO CONTINUE HEARING FOR DISPOSITIVE MOTIONS; ORDER** |
| vs. | |
| CITY OF SACRAMENTO, et al., | **COMPLAINT FILED:** Aug. 2, 2007 |
| Defendants. | **TRIAL DATE:** Jan. 11, 2010 |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, that the last day for all dispositive motions to be heard (except for continuances, TROs, or other emergency applications) be continued from June 10, 2009, to June 11, 2009.

Good cause exists to continue the last day for hearing dispositive motions by one day, because based on the Court's available hearing dates, the last day the Court would be able to hear a dispositive motion is May 21, 2009. This would require the COUNTY Defendants to file a motion for summary judgment no later than April 20, 2009. The COUNTY Defendants and Plaintiffs have been discussing possible settlement of the case, but the County's Board of Supervisors cannot consider the proposed settlement until April 21, 2009, which is one day after the County Defendants would have to file their motion for summary

1

**STIPULATION AND REQUEST TO CONTINUE HEARING FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00671244.WPD

judgment. To avoid the expense of preparing a motion for summary judgment prior to the Board's consideration of the settlement proposal and the use of Court resources to review such papers, the parties agree to continue the last day to hear dispositive motions by one day - to June 11, 2009 - which will change the due date for the dispositive motions to May 11, 2009 – three weeks after the County Defendant is able to consider the settlement proposal.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED : April 13, 2009     LAW OFFICES OF MARK E. MERIN

By     /s/ Mark E. Merin
Mark E. Merin
Attorney for Plaintiffs,
ANTHONY LEHR, et al.

DATED: April 13, 2009     EILEEN M. TEICHERT
City Attorney

By     /s/ Chance L. Trimm
Chance L. Trimm
Senior Deputy City Attorney
Attorney for Defendants,
CITY OF SACRAMENTO, POLICE CHIEF ALBERT NAJERA, MICHAEL COOPER, and MARK ZOULAS

DATED: April 13, 2009     PORTER SCOTT
A PROFESSIONAL CORPORATION

By     /s/ Patricia L. Spiegel
Terence J. Cassidy
Michael W. Pott
Patricia L. Spiegel
Attorneys for Defendants,
COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, ANDERSON, MCELHENY AND BENNETT

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00671244.WPD

**Case Name: <u>Lehr, et al. v. City of Sacramento, et al.</u>**
**Case No.:    USDC EDCA No.: 07-1565 MCE GGH**

Good cause appearing, the Court grants the stipulation to continue the last day to hear dispositive motions from June 10, 2009 to June 11, 2009.

**IT IS SO ORDERED.**

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND REQUEST TO CONTINUE HEARING FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

00671244.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION AND REQUEST TO CONTINUE HEARING FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

00671244.WPD