**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Patricia L. Spiegel, SBN 256244
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, ANDERSON, MCELHENY and BENNETT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al., | Case No. 07-cv-01565 MCE GGH |
| Plaintiffs, | **STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ORDER** |
| vs. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | **COMPLAINT FILED:** Aug. 2, 2007 |
| / | **TRIAL DATE:** Jan. 11, 2010 |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, that the hearing on Plaintiffs' Motion for Class Certification be continued from June 11, 2009, to August 13, 2009.

Good cause exists to continue the hearing because the COUNTY Defendants and Plaintiffs have been discussing possible settlement of the case. To avoid the expense of preparing additional pleadings regarding said motion and the use of Court resources to review such papers, the parties agree to continue the hearing on Plaintiffs' Motion for Class Certification to August 13, 2009.

The parties propose that Defendants' opposition (if any) to Plaintiffs' Motion for Class Certification shall be e-filed and e-served by 5:00 p.m. on or before July 30, 2009.

1
**STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ORDER**
00686286.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1  Plaintiffs' reply (if any) shall be e-filed and e-served by 5:00 p.m. on or before August 7,
2  2009. The parties further agree that Plaintiffs will not file any additional supporting
3  documents, other than a reply brief (or briefs), in support of their Motion for Class
4  Certification.

**IT IS SO STIPULATED.**

                                            Respectfully submitted,

DATED : May 29, 2009                        LAW OFFICES OF MARK E. MERIN

                                     By     /s/ Mark E. Merin
                                            Mark E. Merin
                                            Attorney for Plaintiffs,
                                            ANTHONY LEHR, et al.

DATED : May 29, 2009                        EILEEN M. TEICHERT
                                            City Attorney


                                     By     /s/ Chance L. Trimm
                                            Chance L. Trimm
                                            Senior Deputy City Attorney
                                            Attorney for Defendants,
                                            CITY OF SACRAMENTO, POLICE
                                            CHIEF ALBERT NAJERA, MICHAEL
                                            COOPER, and MARK ZOULAS


DATED : May 29, 2009                        PORTER SCOTT
                                            A PROFESSIONAL CORPORATION


                                     By     /s/ Patricia L. Spiegel
                                            Terence J. Cassidy
                                            Michael W. Pott
                                            Patricia L. Spiegel
                                            Attorneys for Defendants,
                                            COUNTY OF SACRAMENTO, SHERIFF
                                            JOHN MCGINNESS, ANDERSON,
                                            MCELHENY AND BENNETT

2
**STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ORDER**

00686286.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**Case Name:** <u>Lehr, et al. v. City of Sacramento, et al.</u>
**Case No.:**   USDC EDCA No.:  07-1565 MCE GGH

  Good cause appearing, the Court grants the stipulation to continue the hearing on Plaintiffs' Motion for Class Certification from June 11, 2009, to August 13, 2009. Defendants' opposition (if any) to Plaintiffs' Motion for Class Certification shall be e-filed and e-served by 5:00 p.m. on or before July 30, 2009. Plaintiffs' reply (if any) shall be e-filed and e-served by 5:00 p.m. on or before August 7, 2009.

  **IT IS SO ORDERED.**

Dated:  June 1, 2009

                _____
                MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND REQUEST TO CONTINUE HEARING FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**
00686286.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com