UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | Case No.: 2:07-CV-01565-MCE-GGH<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to plaintiffs' Statement of Partial Non-Opposition to defendants' Motion for Summary Judgment and the court's prior orders granting summary judgment concerning all claims asserted by all plaintiffs in the First Amended Class Action Complaint against defendants MARK ZOULAS, MICHAEL COOPER and ALBERT NAJERA, judgment is hereby entered in favor of defendants MARK ZOULAS, MICHAEL COOPER and ALBERT NAJERA and against plaintiffs.

DATED: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com