**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Patricia L. Spiegel, SBN 256244
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, ANDERSON, MCELHENY and BENNETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants.<br>_____/ | Case No. 07-1565 MCE GGH<br><br>**AMENDED STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS; ORDER**<br><br>**COMPLAINT FILED:** Aug. 2, 2007<br>**TRIAL DATE:** Jan. 11, 2010 |

On May 29, 2009 the parties submitted a stipulation to continue the hearing on Plaintiffs' Motion for Class Certification to August 13, 2009. On June 1, 2009, the Court entered an order granting the Stipulation. In submitting said stipulation, the parties inadvertently failed to include language indicating the last day for all dispositive motions to be heard was also to be continued to August 13, 2009. Therefore, the parties submit this Amended Stipulation.

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, that the hearing on Plaintiffs' Motion for Class Certification and the last day for all dispositive motions to be heard (except for continuances, TROs, or other emergency applications) be continued from June 11, 2009 to August 13, 2009.

Good cause exists to continue the hearings because the COUNTY Defendants and

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**AMENDED STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS; ORDER**

00696301.WPD

1  Plaintiffs have been discussing possible settlement of the case. To avoid the expense of
2  preparing additional pleadings regarding said motions and the use of Court resources to
3  review such papers, the parties agree to continue the hearing on Plaintiffs' Motion for Class
4  Certification and the last day to hear dispositive motions to August 13, 2009.

5      The parties propose that Defendants' opposition (if any) to Plaintiffs' Motion for
6  Class Certification shall be e-filed and e-served by 5:00 p.m. on or before July 30, 2009.
7  Plaintiffs' reply (if any) shall be e-filed and e-served by 5:00 p.m. on or before August 7,
8  2009. The parties further agree that Plaintiffs will not file any additional supporting
9  documents, other than a reply brief (or briefs), in support of their Motion for Class
10 Certification. Briefing on any further dispositive motions will be done in accordance with
11 the Local Rules of the Eastern District.

13 **IT IS SO STIPULATED.**

14     Respectfully submitted,

15 DATED : June 26, 2009    LAW OFFICES OF MARK E. MERIN

17     By  /s/ Mark E. Merin
    Mark E. Merin
    Attorney for Plaintiffs,
18     ANTHONY LEHR, et al.

19
20 DATED : June 26, 2009    EILEEN M. TEICHERT
    City Attorney

22     By  /s/ Chance L. Trimm
    Chance L. Trimm
23     Senior Deputy City Attorney
    Attorney for Defendants,
24     CITY OF SACRAMENTO, POLICE
    CHIEF ALBERT NAJERA, MICHAEL
25     COOPER, and MARK ZOULAS

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**AMENDED STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS; ORDER**
00696301.WPD

1  DATED : June 26, 2009                    PORTER SCOTT
2                                           A PROFESSIONAL CORPORATION

3
4                              By    /s/ Patricia L. Spiegel
                                     Terence J. Cassidy
5                                    Michael W. Pott
                                     Patricia L. Spiegel
6                                    Attorneys for Defendants,
                                     COUNTY OF SACRAMENTO, SHERIFF
7                                    JOHN MCGINNESS, ANDERSON,
                                     MCELHENY AND BENNETT
8

9    Good cause appearing, the Court grants the amended stipulation to continue the
10 hearing on Plaintiffs' Motion for Class Certification and the last day to hear dispositive
11 motions from June 11, 2009, to August 13, 2009. Defendants' opposition (if any) to
12 Plaintiffs' Motion for Class Certification shall be e-filed and e-served by 5:00 p.m. on or
13 before July 30, 2009. Plaintiffs' reply (if any) shall be e-filed and e-served by 5:00 p.m. on
14 or before August 7, 2009. Briefing on any further dispositive motions will be done in
15 accordance with the Local Rules of the Eastern District.

16
17      **IT IS SO ORDERED.**

18   Dated:  June 30, 2009
19                                           _____
20                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE

3

**AMENDED STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

00696301.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com