Mark E. Merin, Esq, SBN 043849
Cathleen A. Williams, Esq. SBN 68029
W. Gordon Kaupp, Esq.SBN 226141
LAW OFFICE OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

EILEEN M. TEICHERT, City Attorney, SBN 167027
CHANCE L. TRIMM, Senior Deputy City Attorney, SBN 139982
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2604
Telephone: (916) 808-5346
Facsimile: (916) 808-7455
E-Mail: ctrimm@cityofsacramento.org

Attorneys for Defendants
CITY OF SACRAMENTO, CITY OF SACRAMENTO
POLICE CHIEF ALBERT NAJERA, MICHAEL ZOULAS and
MICHAEL COOPER

Terence J. Cassidy, SBN 99180
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-Mail: tcassidy@porterscott.com

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS,
ANDERSON, MCELHENY AND BENNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al.,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>        Defendants. | Case No.: 2:07-CV-01565 MCE GGH<br><br>**STIPULATED REQUEST FOR AN ORDER SHORTENING TIME TO NOTICE CLASS COUNSEL'S APPLICATION FOR APPROVAL OF STIPULATED ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS; ORDER** |

-1-

STIPULATED REQUEST FOR AN ORDER SHORTENING TIME; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE MORRISON C. ENGLAND, JR.:

    The parties hereto stipulate to and request the Court to order shortened time for Class Counsel to notice its application for approval of stipulated attorney's fees and reimbursement of costs so that the matter may be heard in conjunction with the Final Fairness Hearing now scheduled for March 25, 2010.

DATED: March 9, 2010                    Respectfully submitted,

                                              LAW OFFICE OF MARK E. MERIN

                                              BY:  /s/ - "Mark E. Merin"
                                                        Mark E. Merin
                                                        Attorney for Plaintiff

DATED: March 9, 2010                    EILEEN M. TEICHERT
                                          City Attorney

                                            BY:  /s/ - "Chance L. Trimm"
                                                        Chance L. Trimm
                                                        Senior Deputy City Attorney
                                                        Attorneys for Defendants
                                                        CITY OF SACRAMENTO

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: March 9, 2010 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | /s/ - "Terence J. Cassidy" |
| 4 | | BY: _____ |
| 5 | | Terence J. Cassidy<br>Attorney for Defendants |
| 6 | | COUNTY OF SACRAMENTO, SHERIFF<br>JOHN MCGINNESS, ANDERSON, |
| 7 | | MCELHENY and BENNETT |

**ORDER**

IT IS SO ORDERED.

DATED: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

-3-

STIPULATED REQUEST FOR AN ORDER SHORTENING TIME; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com