1  Mark E. Merin, Esq, SBN 043849
   Cathleen A. Williams, Esq. SBN 68029
2  W. Gordon Kaupp, Esq.SBN 226141
   LAW OFFICE OF MARK E. MERIN
3  2001 P Street, Suite 100
   Sacramento, CA 95814
4  Telephone:  (916) 443-6911
   Facsimile:  (916) 447-8336
5  E-Mail:  mark@markmerin.com

6  Attorneys for Plaintiffs

7  EILEEN M. TEICHERT, City Attorney, SBN 167027
   CHANCE L. TRIMM, Senior Deputy City Attorney, SBN 139982
8  CITY OF SACRAMENTO
   915 I Street, Room 4010
9  Sacramento, CA  95814-2604
   Telephone:  (916) 808-5346
10 Facsimile:  (916) 808-7455
11 E-Mail:  ctrimm@cityofsacramento.org

12 Attorneys for Defendants
   CITY OF SACRAMENTO, CITY OF SACRAMENTO
13 POLICE CHIEF ALBERT NAJERA, MICHAEL ZOULAS and
14 MICHAEL COOPER

15 Terence J. Cassidy, SBN 99180
   PORTER SCOTT
16 350 University Avenue, Suite 200
   Sacramento, CA  95825
17 Telephone:  (916) 929-1481
   Facsimile:  (916) 927-3706
18 E-Mail:  tcassidy@porterscott.com

19
   Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS,
20 ANDERSON, MCELHENY AND BENNETT

21              UNITED STATES DISTRICT COURT

22              EASTERN DISTRICT OF CALIFORNIA

23

24 ANTHONY LEHR, et al.,              Case No.:  2:07-CV-01565 MCE GGH

25              Plaintiffs,           **STIPULATED REQUEST FOR AN ORDER**
   v.                                 **SHORTENING TIME TO NOTICE CLASS**
26                                    **COUNSEL'S APPLICATION FOR**
   CITY OF SACRAMENTO, et al.,        **APPROVAL OF STIPULATED**
27                                    **ATTORNEY'S FEES AND**
                Defendants.           **REIMBURSEMENT OF COSTS;  ORDER**
28

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE HONORABLE MORRISON C. ENGLAND, JR.:

2      The parties hereto stipulate to and request the Court to order shortened time for Class

3  Counsel to notice its application for approval of stipulated attorney's fees and reimbursement of

4  costs so that the matter may be heard in conjunction with the Final Fairness Hearing now

5  scheduled for March 25, 2010.

6  DATED: March 9, 2010                    Respectfully submitted,

7                                          LAW OFFICE OF MARK E. MERIN

8

9                                              /s/ - "Mark E. Merin"
                                           BY:_____
10                                             Mark E. Merin
                                               Attorney for Plaintiff
11
   DATED: March 9, 2010                    EILEEN M. TEICHERT
12                                         City Attorney

13

14                                             /s/ - "Chance L. Trimm"
                                           BY: _____
15                                             Chance L. Trimm
                                               Senior Deputy City Attorney
16                                             Attorneys for Defendants
                                               CITY OF SACRAMENTO
17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATED REQUEST FOR AN ORDER SHORTENING TIME; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: March 9, 2010               PORTER SCOTT
2                                     A PROFESSIONAL CORPORATION

3                                           /s/ - "Terence J. Cassidy"
4                                     BY: _____
5                                           Terence J. Cassidy
                                            Attorney for Defendants
6                                           COUNTY OF SACRAMENTO, SHERIFF
                                            JOHN MCGINNESS, ANDERSON,
7                                           MCELHENY and BENNETT

8

9

10                                    **ORDER**

11         IT IS SO ORDERED.

12  DATED:  March 9, 2010

13                                    _____
14                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATED REQUEST FOR AN ORDER SHORTENING TIME; PROPOSED ORDER