FILED

MAY 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEHR, ET AL.,                No. 2:07-cv-01565-MCE-GGH

     Plaintiffs,

  v.                                   **JURY COMMUNICATION**

CITY OF SACRAMENTO, ET AL.,

     Defendants.
_____/

**JURY COMMUNICATION RECEIVED**

Date: May 18, 2011

Time: 1:22 p.m.

Signed: Juror Number 5 (name redacted)

Communication from jury:

"Question 1: Regarding hours. Are there any set hours or can we maintain our current schedule? Question 2: Can we adjust the temperature? Warmer?"

///
///
///
///

**REPLY FROM COURT**

Date sent to jury: May 18, 2011

Time sent to jury: 1:35 p.m.

    The schedule for jury deliberations is Monday through Friday from 9:00 a.m. to 4:30 p.m.  The jury is free to take breaks and their lunch within the hours set forth for deliberations.

    The temperature will be adjusted for warmth.

Dated: May 18, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE