**FILED**

MAY 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEHR, ET AL.,                      No. 2:07-cv-01565-MCE-GGH

    Plaintiffs,

   v.                                             **JURY COMMUNICATION**

CITY OF SACRAMENTO, ET AL.,

    Defendants.
_____/

**ORDER FROM COURT TO JURY**

Date sent to jury: May 19, 2011

Time sent to jury: 2:30 p.m.

    The jury is instructed to adjourn deliberations at 4:30 p.m. and return at 9:00 a.m. on May 20, 2011 to continue deliberating. The jury is further reminded of the Court's admonishments regarding discussing the case, forming any opinions and/or reading or listening to any media accounts about this case or anyone who has anything to do with the case.

Dated: May 19, 2011

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE