FILED

MAY 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEHR, ET AL.,                No. 2:07-cv-01565-MCE-GGH

       Plaintiffs,

  v.                                 **JURY COMMUNICATION**

CITY OF SACRAMENTO, ET AL.,

       Defendants.
_____/

**JURY COMMUNICATION RECEIVED**

Date: May 19, 2011

Time: 4:09 p.m.

Signed: Juror Number 7 (name redacted)

Communication from jury:

    "We would like to know if the General Orders 525.02 dated 12-21-09 & G.O. 525.01 dated 3-23-09 are in fact the same G.O.'s in 2005? (Were they updated/changed on the dates mentioned above? If so, can we have the previous orders?"

///

///

///

**REPLY FROM COURT**

Date sent to jury: May 20, 2011

Time sent to jury: 9:10 a.m.

The General Orders in 2009 are unchanged and the same as the General Orders in 2005.

Dated: May 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE