**FILED**

MAY 2 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEHR, ET AL.,                    No. 2:07-cv-01565-MCE-GGH

      Plaintiffs,

    v.                                   **JURY COMMUNICATION**

CITY OF SACRAMENTO, ET AL.,

      Defendants.
_____/

**JURY COMMUNICATION RECEIVED**

Date: May 20, 2011

Time: 9:16 a.m.

Signed: Juror Number 6 (name redacted)

Communication from jury:

    "Would it be possible to have more bottled water please?   Thank you."

///

///

///

///

///

**<u>REPLY FROM COURT</u>**

Date sent to jury: May 20, 2011

Time sent to jury: 9:30 a.m.

    We will provide more bottled water.

Dated: May 20, 2011

 

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE