```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


ANTHONY LEHR, ET AL.,              No. 2:07-cv-01565-MCE-GGH

          Plaintiffs,

     v.                            **JURY COMMUNICATION**

CITY OF SACRAMENTO, ET AL.,

          Defendants.
_____/

                      **ORDER FROM THE COURT**
```

Date sent to jury: May 20, 2011

Time sent to jury: 10:15 a.m.

Jury instruction number ten (10) is modified so that the seventh paragraph which currently states: "'Practice or custom' means any permanent widespread, well-settled practice or custom that constitutes a standard operating procedure of the defendant City of Sacramento." is hereby modified to read as follows: "'Practice or custom' means any widespread, well-settled practice or custom that constitutes a standard operating procedure of the defendant City of Sacramento."

///

///

1    The reason why this instruction has been modified is not to be
2 discussed by you other than its intended effect as to the wording.
3 You are not to give any undue influence to this instruction as a
4 result of this modification by the Court.

 Dated: May 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE