Mark E. Merin, SBN 043849
Cathleen A. Williams, SBN 068029
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
         cathleen@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY LEHR, et al., | Case No.:  2:07-CV-01565 MCE GGH |
|---|---|
| Plaintiffs, | **ORDER TO RESET STATUS CONFERENCE** |
| v. | |
| CITY OF SACRAMENTO, et al., | **DATE**:  February 9, 2012 |
| Defendants. | **TIME**:  2:00 p.m.<br>**CTRM**:  7, 14th Floor<br>**JUDGE**: Hon. Morrison C. England, Jr. |

   IT IS HEREBY ORDERED that the Status Conference in the above-captioned matter, previously scheduled for February 9, 2012, be reset to Tuesday, February 14, 2012, at 9:00 a.m.

Dated: February 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE