1  Mark E. Merin, SBN 043849
   Cathleen A. Williams, SBN 068029
2  **LAW OFFICE OF MARK E. MERIN**
   1010 F Street, Suite 300
3  Sacramento, California 95814
   Telephone:     (916) 443-6911
4  Facsimile:     (916) 447-8336
   E-Mail:         mark@markmerin.com
5                  cathleen@markmerin.com

6  Attorneys for Plaintiffs

7              UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY LEHR, et al.,                Case No.:  2:07-CV-01565 MCE GGH

10               Plaintiffs,            **ORDER TO RESET STATUS
                                        CONFERENCE**
   v.
11
   CITY OF SACRAMENTO, et al.,          **DATE**:    February 9, 2012
12                                      **TIME**:    2:00 p.m.
                 Defendants.            **CTRM**:  7, 14th Floor
13                                      **JUDGE**:  Hon. Morrison C. England, Jr.

14

15        IT IS HEREBY ORDERED that the Status Conference in the above-captioned matter,

16  previously scheduled for February 9, 2012, be reset to Tuesday, February 14, 2012, at 9:00 a.m.

17  Dated:  February 6, 2012

18  _____

19        MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

-1-
**ORDER TO RESET STATUS CONFERENCE**
*Anthony Lehr, et al. vs. City of Sacramento, et al.;* USDC, Eastern District of California, Case No. 2:07-CV-01565 MCE GGH