UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEHR, et al., | No. 2:07-cv-01565-MCE-GGH |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF SACRAMENTO, | |
| Defendants. | |

The Court is in receipt of the parties' Joint Motion for Order Directing Entry of Judgment. (ECF No. 240.) This case was tried to a jury which returned its verdict on May 24, 2011, finding Defendant, City of Sacramento, liable to the certified class of Plaintiffs for violation of their constitutional rights resulting in the seizure and loss of Plaintiffs' property. Following the verdict, the parties stipulated to a claims procedure, approved by the Court, which resulted in compensation to those members of the Plaintiff class who submitted claims approved pursuant to a stipulated procedure. Thereafter, Plaintiffs filed a motion for attorney's fees and costs which was granted in part on March 22, 2013.[1] Defendant, City of Sacramento, has satisfied the payment of attorneys' fees and costs awarded by the Court to Plaintiffs.

---

[1] The Court's March 22, 2013, Memorandum and Order was subsequently superseded by the Amended Memorandum and Order, issued on April 1, 203, which corrected a clerical error contained in the March 22 Order. (See ECF Nos. 237 & 238.)

1

As the matter is now fully resolved, the Clerk of the Court is directed to enter judgment in favor of the Plaintiff class against Defendant, City of Sacramento, pursuant to the jury's verdict entered on May 24, 2011 (ECF No. 187), and in accordance with the Court's Order of April 1, 2013, awarding attorney's fees and costs to Plaintiffs (ECF No. 238), and to close this case.

IT IS SO ORDERED.

Dated: July 2, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT